# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

Michael J Dinapoli                                    CASE NO.: **3:17-bk-01656-PMG**
                                                      CH. 13

      Debtor.
_____/

## MOTION TO REINSTATE CASE AND BANKRUPTCY STAY

Debtors, by and through the undersigned counsel move this court for the entry of an order reinstating their Chapter 13 case and the bankruptcy stay and in support thereof state:

1. On May 26, 2017, this Court dismissed the above case for Debtors failure to timely file schedules and Chapter 13 Plan.
2. Debtor needed additional time to provide the undersigned with the necessary information to complete the schedules.
3. Schedules and Plan will be filed within 7 days of this Motion.
4. The automatic stay has lapsed prior to the filing of the instant Motion. Debtors request an Order Reinstating the stay under 11 U.S.C. § 362.

WHEREFORE, Debtors pray that this court enter an order reinstating their chapter 13 case and the bankruptcy stay and awarding the Debtors any other relief that is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on June 8, 2017 by US Mail and/or electronic mail via CM/ECF to the attached mailing matrix:

      /s/ Justin McMurray_____
      Justin McMurray, Esq.
      Florida Bar No. 24668

The Law Offices of Justin McMurray P.A.
10175 Fortune Parkway, Ste. 603
Jacksonville, FL 32256
 (Fax)904.677.7876
 (Phone)904.248.4482 ext 714
jmcmurray@survivingyourmortgage.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:17-bk-01656-PMG<br>Middle District of Florida<br>Jacksonville<br>Thu Jun  8 18:21:31 EDT 2017 | United States Trustee - JAX 13/7 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Capio Partners Llc<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090-2481 |
| Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004-1071 | Citizens Bank<br>Attn: Bankruptcy<br>443 Jefferson Blvd Ms Rjw-135<br>Warwick, RI 02886-1321 |
| Credit Collection Bure<br>333 City Blvd West<br>Orange, CA 92868-2903 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Hann Fncl<br>Attention: Legal Department<br>One Center Drive<br>Jamesburg, NJ 08831-1564 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| Marion County Tax Collector<br>P.O. Box 970<br>Ocala FL 34478-0970 | Pier 1/Comenity Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Solomon & Solomon P C<br>5 Columbia Circle<br>Albany, NY 12203-6374 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Wellsfargo<br>Attn: Bankruptcy<br>Po Box 9210<br>Des Moines, IA 50306-9210 | Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Justin S W McMurray<br>Law Offices of Justin McMurray PA<br>10175 Fortune Parkway<br>Suite 603<br>Jacksonville, FL 32256-6752 | Michael J Dinapoli<br>9545 SW 9th Terrace<br>Ocala, FL 34476-8734 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | M & T Bank<br>Bankruptcy Department<br>P.O. Box 840<br>Buffalo, NY 14240-0810 | (d)M & T Bank<br>One Fountain Pl/3rd Fl<br>Buffalo, NY 14203 |

(d)M & T Bank
Po Box 844
Buffalo, NY 14240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23